FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 29 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT GARLAND,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CASE NO. 4:09CV12 |
| | §<br>§ | |
| HIRING PARTNERS, INC.,<br>Defendant. | §<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 14, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Hiring Partners, Inc.'s Motion to Dismiss (Dkt. 7) and Supplemental Motion to Dismiss (Dkt. 8) be GRANTED and that Plaintiff's case be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Hiring Partners, Inc.'s Motion to Dismiss (Dkt. 7) and Supplemental Motion to Dismiss (Dkt. 8) are GRANTED, and Plaintiff's claims are dismissed without prejudice.

**IT IS SO ORDERED.**

SIGNED this 29th day of May, 2009.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE